Thomas R. Curtin
Joseph P. LaSala
George C. Jones
MCELROY, DEUTSCH, MULVANEY
  & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

*Attorneys for Plaintiff WinView Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINVIEW INC., a Delaware corporation, | Civil Action No. 21-13405 |
| Plaintiff, | |
| v. | |
| DRAFTKINGS INC., a Nevada corporation, | **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF WINVIEW INC.** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff WinView Inc. ("WinView") makes the following corporate disclosure:

WinView is a wholly-owned subsidiary of Engine Media Holdings, Inc., a corporation organized and existing under the laws of Ontario, Canada.  Engine Media Holdings, Inc. is a publicly traded corporation (Nasdaq: GAME).  No publicly held corporation owns ten percent (10%) or more of the stock of Engine Media Holdings, Inc.

Dated:  July 7, 2021

/s/ Thomas R. Curtin
Thomas R. Curtin
Joseph P. LaSala
George C. Jones
MCELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Tel: (973) 993-8100
Fax: (973) 425-0161
tcurtin@mdmc-law.com
jlasala@mdmc-law.com
gjones@mdmc-law.com

Morgan Chu
Richard M. Birnholz
Keith A. Orso
Jordan Nafekh
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Tel: (310) 277-1010
Fax: (310) 203-7199
mchu@irell.com
rbirnholz@irell.com
korso@irell.com
jnafekh@irell.com

Attorneys for Plaintiff WinView Inc.