| | |
|---|---|
| James E. Cecchi, Esq.<br>Lindsey H. Taylor, Esq.<br>CARELLA, BYRNE, CECCHI,<br>　OLSTEIN, BRODY &<br>　AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ  07068<br>Tel:   (973) 994-1700<br>Fax:   (973) 994-1744 | William F. Lee, Esq.<br>Joseph J. Mueller, Esq.<br>Richard Goldenberg, Esq.<br>Andrew S. Dulberg, Esq.<br>Stephanie Neely, Esq.<br>Andy O'Laughlin, Esq.<br>Zachary A. Nemtzow, Esq.<br>Lucas L. Fortier, Esq.<br>WILMER CUTLER PICKERING<br>　HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Tel:  (617) 526-6000<br>Fax:  (617) 526-5000<br><br>Rachel E. Craft, Esq.<br>WILMER CUTLER PICKERING<br>　HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 230-8800<br>Fax:  (212) 230-8888 |

*Attorneys for Defendant DraftKings Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WINVIEW INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DRAFTKINGS INC.,<br><br>　　　　　Defendant. | Civil Action No. 21-13405 (ZNQ) (DEA)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Fed. R. Civ. P. 7.1, Defendant DraftKings Inc. submits this corporate disclosure statement:

　　　　DraftKings Inc., a Nevada corporation, is publicly traded on the NASDAQ exchange under the symbol DKNG.  DraftKings Inc., a Nevada corporation, has no parent corporation and no

publicly traded corporation owns 10% or more of the stock of DraftKings Inc., a Nevada corporation.

| | |
|---|---|
| Dated: October 5, 2021 | By: /s/ James E. Cecchi |

James E. Cecchi, Esq.
Lindsey H. Taylor, Esq.
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Tel:   (973) 994-1700
Fax:   (973) 994-1744
Email: jcecchi@carellabyrne.com

William F. Lee, Esq.
Joseph J. Mueller, Esq.
Richard Goldenberg, Esq.
Andrew S. Dulberg, Esq.
Stephanie Neely, Esq.
Andy O'Laughlin, Esq.
Zachary A. Nemtzow, Esq.
Lucia L. Fortier, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Rachel E. Craft, Esq.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel:  (212) 230-8800
Fax:  (212) 230-8888

*Attorneys for Defendant DraftKings Inc.*