| | |
|---|---|
| James E. Cecchi, Esq.<br>Lindsey H. Taylor, Esq.<br>CARELLA, BYRNE, CECCHI,<br>   OLSTEIN, BRODY &<br>   AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ  07068<br>Tel:    (973) 994-1700<br>Fax:   (973) 994-1744 | William F. Lee, Esq.<br>Joseph J. Mueller, Esq.<br>Richard Goldenberg, Esq.<br>Andrew S. Dulberg, Esq.<br>Stephanie Neely, Esq.<br>Zachary A. Nemtzow, Esq.<br>Lucas L. Fortier, Esq.<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Tel:  (617) 526-6000<br>Fax:  (617) 526-5000 |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINVIEW INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>DRAFTKINGS INC., a Nevada corporation, DRAFTKINGS INC., a Delaware corporation, and CROWN GAMING INC., a Delaware corporation,<br><br>             Defendants. | Civil Action No. 21-13405 (ZNQ) (DEA)<br><br><br><br><br><u>**NOTICE OF MOTION**</u> |

To:    All Persons on ECF Service List

PLEASE TAKE NOTICE that on Tuesday, January 18, 2021 at 10 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants shall move before Hon. Zahid N. Quraishi, U.S.D.J. at the Clarkson S. Fisher Federal Building and Courthouse, 402 E. State Street, Trenton, New Jersey 08608 for an Order pursuant to Fed. R. Civ. P. 12(b)(6)

dismissing with prejudice Plaintiff's direct infringement claims for the '730 and '543 patents, as well as its claims for willful, induced, and contributory infringement for all four Asserted Patents.

    The undersigned intends to rely upon the annexed Brief.

    The undersigned hereby requests oral argument.

Dated:  December 15, 2021        By:  <u>/s/  James E Cecchi</u>
                                  James E. Cecchi, Esq.
                                  Lindsey H. Taylor, Esq.
                                  CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY &
                                      AGNELLO, P.C.
                                  5 Becker Farm Road
                                  Roseland, NJ  07068
                                  Tel:    (973) 994-1700
                                  Fax:   (973) 994-1744
                                  Email: jcecchi@carellabyrne.com

                                  William F. Lee, Esq.
                                  Joseph J. Mueller, Esq.
                                  Richard Goldenberg, Esq.
                                  Andrew S. Dulberg, Esq.
                                  Stephanie Neely, Esq.
                                  Zachary A. Nemtzow, Esq.
                                  Lucas L. Fortier, Esq.
                                  WILMER CUTLER PICKERING
                                      HALE AND DORR LLP
                                  60 State Street
                                  Boston, MA  02109
                                  Tel:  (617) 526-6000
                                  Fax: (617) 526-5000

                                  *Attorneys for Defendants*