# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

GEORGE C. JONES
Direct Dial: (973) 401-7145
gjones@mdmc-law.com

December 30, 2021

**VIA ECF**

Clerk
United States District Court
 for the District of New Jersey
Clarkson S. Fisher Federal Building
 and U.S. Courthouse, Room 6000
402 E. State Street
Trenton, New Jersey 08608

      Re:    *WinView Inc. v. DraftKings Inc. et al.*
              Civil Action No. 21-13405 (ZNQ) (DEA)

Dear Sir or Madam:

      This firm represents plaintiff, WinView Inc., in the referenced matter. Defendants have filed a Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 29) that is currently returnable January 18, 2022. Plaintiff hereby invokes the provisions of Local Civil Rule 7.1(d)(5) in order to adjourn this dispositive motion to the next regular motion date and to extend the time within which to file its papers in opposition.

      Pursuant to the automatic extension of Local Civil Rule 7.1(d)(5), defendant's Motion to Dismiss is now returnable February 7, 2022. Plaintiff's papers in opposition will now be due January 24, 2022. Reply papers are due January 31, 2022.

                           Respectfully yours,

                           McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                           */s/ George C. Jones*

                           GEORGE C. JONES

cc: All counsel (via ECF and e-mail)