

**Sean R. Kelly**
**(973) 645-4801**
skelly@saiber.com

February 7, 2022

**BY CM/ECF**
Hon. Georgette Castner, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    **Re:**    *WinView Inc. v. FanDuel, Inc.*
            **Civil Action No. 21-13807-GC-DEA**

           *WinView Inc. v. DraftKings, Inc. and Crown Gaming, Inc.*
           **Civil Action No. 21-13405- GC -DEA**

Dear Judge Castner:

    We, along with our co-counsel, ArentFox Schiff LLP, represent Defendant FanDuel, Inc. ("FanDuel") in the above matter.

    Pursuant to the Court's Order dated September 20, 2022 (D.I. 46) in this case ("FanDuel Case") and a similar Order (D.I. 46) in the related matter (Civil Action 3:21-cv-13405, "DraftKings Case"), Plaintiff WinView Inc. ("WinView"), Defendants DraftKings Inc. (a Nevada corporation), DraftKings Inc. (a Delaware corporation), and Crown Gaming Inc. (a Delaware corporation) (collectively, "DraftKings"), and FanDuel (together, "Parties") submit this Joint Status Report.

    As the Court is aware, the defendants filed IPR petitions on three of the four asserted patents in this case. All three IPR petitions have been granted by the Patent and Trial Appeal Board as of January 31, 2023 and the IPRs were instituted. The PTAB has also issued a scheduling order.  We expect Final Written Decisions by no later than January 31, 2024.

    Accordingly, the Parties respectfully request that Your Honor's Order (ECF No. 46) staying the action "pending the final resolution of all inter partes review ("IPR") petitions through the final written decision" be extended until one month after the PTAB issues its Final Written Decisions. The parties will submit another status update in September 2023, if that is acceptable to Your Honor.

    We thank the Court for its consideration and assistance in this matter.  If the Court has any questions, we would be pleased to respond at the Court's convenience.

Honorable Georgette Castner, U.S.D.J.
February 7, 2023
Page 2

                                                    Respectfully submitted,

                                                    s/ Sean R. Kelly
                                                    Sean R. Kelly

cc:      Counsel of record (by CM/ECF)