UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINVIEW INC.,<br><br>        Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC., *et al.*,<br><br>        Defendants. | Civil Action No. 21-13405 (GC) (JTQ)<br><br>**ORDER** |

    **THIS MATTER** comes before the Court upon Defendants DraftKings Inc. and Crown Gaming Inc.'s (collectively, DraftKings) Motion to Dismiss Plaintiff WinView Inc.'s Second Amended Complaint (SAC) for patent infringement pursuant to Federal Rule of Civil Procedure (Rule) 12(b)(6). (ECF No. 70.) Plaintiff opposed (ECF No. 73), and Defendants replied (ECF No. 74). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Opinion, and other good cause shown,

    **IT IS** on this 10th day of July 2025 **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 70) the SAC (ECF No. 26) is **GRANTED**.

2. Plaintiff's claims for (1) direct infringement, (2) willful infringement, (3) induced infringement, and (4) contributory infringement as to the '543 patent are **DISMISSED** without prejudice.

3. Plaintiff's claims for (1) willful infringement, (2) induced infringement, and (3) contributory infringement as to the '988 patent are **DISMISSED** without prejudice.

4. Plaintiff's claim for direct infringement as to the '988 patent shall proceed.

5. Plaintiff shall have thirty (30) days to file an amended complaint in accordance with Local Rule 15.1(b), to the extent Plaintiff can cure the deficiencies cited herein. Failure to file an amended complaint within that time will render the dismissal final. *See Mann v. A.O. Smith Corp.*, Civ. No. 21-2361, 2023 WL 2344225, at *2 (3d Cir. Mar. 3, 2023) ("A district court's dismissal without prejudice for failure to state a claim is converted into a dismissal with prejudice if plaintiff 'declar[es] his intention to stand on his complaint' by failing to timely amend it. . . ."); *Hoffman v. Nordic Nats., Inc.*, 837 F.3d 272, 279 (3d Cir. 2016) ("When that 30-day period expired, the District Court's decision became final.")

6. The Clerk's Office is directed to **TERMINATE** the Defendants' Motion at ECF No. 70.

*[signature]*

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE